## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:89-cr-01018-MP-GRJ-2

WILNER VAL SAINT,

   Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1372, the government's Motion for Extension of Time to File Response to defendant's motions at Doc. 1368 and 1370. Upon consideration, the motions are granted and the government shall respond by Friday, June 7, 2013.

**DONE AND ORDERED** this _26th_ day of April, 2013

  *s/Maurice M. Paul*
  Maurice M. Paul, Senior District Judge